# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NROTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Kornelius Deion Nelson, | ) | Case No.: 1:23-cr-00060 |
| | ) | |
| Defendant. | ) | |

On March 7, 2025, Defendant filed a *Motion for Release from Custody* so that he may reside at Prairie Recovery Center in Raleigh, North Dakota for treatment. (Doc. No. 158). The court granted Defendant's motion the same day. (Doc. No. 159). Therein, Defendant was to be released no earlier than 9:00AM on March 10, 2025, to a representative of Prairie Recovery Center for immediate transport to Prairie Recovery Center.

The court has since been made aware that Prairie Recovery Center is unable to transport Defendant as anticipated on March 10, 2025, but is available to transport Defendant on March 11, 2025. Accordingly, the court modifies is previous Order (Doc. No. 159) as follows:

> Defendant shall be released no earlier than 9:00AM on March 11, 2025, to a representative of Prairie Recovery Center for immediate transport to Prairie Recovery Center.

Defendant remains subject to all conditions previously imposed by the court. (*See* Doc. No. 159).

**IT IS SO ORDERED.**

Dated this 10th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court